

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00055-CV

| | | |
|---|---|---|
| TEXAS HEALTH HARRIS METHODIST HOSPITAL SOUTHWEST FORT WORTH, Appellant and Appellee | § | On Appeal from the Probate Court No. 2 |
| | § | of Tarrant County (2014-GD00516-2-A) |
| V. | § | August 1, 2024 |
| JOHN DAVIS, INDIVIDUALLY AND AS GUARDIAN OF THE PERSON AND ESTATE OF ANGELA DAVIS, AN INCAPACITATED PERSON, Appellee and Appellant | § | Memorandum Opinion by Justice Bassel |
| | § | Concurring and Dissenting Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and the case is remanded to the trial court for a new trial.

It is further ordered that Texas Health Harris Methodist Hospital Southwest Fort Worth and John Davis shall split all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
Justice Dabney Bassel